GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER &
JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant,*
*Ditech Financial, LLC F/K/A*
*Green Tree Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN R. RIEKKI,<br>　　　　　　Plaintiff,<br>vs.<br><br>BANK OF AMERICA, BANK OF AMERICA N.A, BAYVIEW LOAN SERVICING, CCO MORTGAGE, GREEN TREE SERVICING, LLC, MIDLAND MORTGAGE COMPANY, NATIONSTAR MORTGAGE, and EQUIFAX INFORMATION SERVICES, LLC,<br>　　　　　　Defendants. | Case No. 2:15-cv-02312-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendant, GREEN TREE SERVICING, LLC, by and through its attorney of record, Gary E. Schnitzer, Esq., and Plaintiff, ALAN R. RIEKKI, by and through his attorneys of record, David H. Krieger, Esq., and Michael Kind, Esq., and hereby stipulate that

///

///

GREEN TREE SERVICING, LLC, shall have an extension to answer or otherwise plead in the above-entitled matter up to and including January 28, 2016. This extension is being requested so counsel for the Defendant can further review the file and obtain the necessary documents in order to draft a proper response to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 28th day of December, 2015.

 /s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Ste. 350
Las Vegas, NV  89123
*Attorneys for Plaintiff*

/s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
Nevada Bar No. 395
8985 S. Eastern Ave., Ste.
Las Vegas, NV  89123
*Attorneys for Defendant*
*Ditech Financial, LLC F/K/A*
*Green Tree Servicing*

*/s/ Michael Kind*
Michael Kind, Esq.
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Ave.
Las Vegas, NV 89117
Phone: (800) 400-6808
mkind@kazlg.com
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED this 28th day of December, 2015.

_____
United States Magistrate Judge